JOHN T. FARLEY, Appellant, *v.* FREDERICK S. HOWARD, Respondent.

*Farley* v. *Howard*, 60 App. Div. 193, affirmed.
(Submitted October 17, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Robert L. Redfield* for appellant.

*Charles M. Cannon* and *Wilfrid N. O'Neil* for respondent.

Judgment affirmed, with costs, on opinions of RUMSEY, J., and VAN BRUNT, P. J., below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

———

EWALD FLEITMANN et al., Respondents, *v.* EUGENE L. ASHLEY et al., Appellants, Impleaded with Another.

*Fleitmann* v. *Ashley*, 60 App. Div. 201, affirmed.
(Argued October 17, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1901, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*T. W. McArthur* for appellants.

*Charles H. Broas* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.